Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKY SPENDLOVE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and WELLSFARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-00677-RFB-EJY<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice.

//

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 1

Each party will bear its own fees and costs.

   IT IS SO STIPULATED.
   Dated August 23, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | **ALVERSON TAYLOR & SANDERS**<br><br>/s/ *Trevor Waite*<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| --- | --- |
| **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | **SNELL & WILMER LLP**<br><br>/s/ *Jennifer L. McBee*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Jennifer L. McBee, Esq.<br>Nevada Bar No. 9110<br>Email: kdove@swlaw.com<br>Email: jmcbee@swlaw.com<br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of August, 2019.

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 2