Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICKY SPENDLOVE, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and WELLS FARGO HOME MORTGAGE, <br><br> Defendants. | Case No.: 2:19-cv-00677-RFB-EJY <br><br> **STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Home Mortgage, from the above captioned action, with prejudice.

//

STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE WITH PREJUDICE - 1
4841-7009-0666

Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated October 21, 2019.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer L. McBee* |
| Matthew I. Knepper, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 10569 |
| Miles N. Clark, Esq. | Jennifer L. McBee, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 9110 |
| Shaina R. Plaksin, Esq. | 3883 Howard Hughes Parkway |
| Nevada Bar No. 13935 | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Email: kdove@swlaw.com |
| Email: miles.clark@knepperclark.com | Email: jmcbee@swlaw.com |
| Email: shaina.plaksin@knepperclark.com | |
| | Kiah D. Beverly-Graham, Esq. |
| **HAINES & KRIEGER LLC** | Nevada Bar No. 11916 |
| David H. Krieger, Esq. | 50 West Liberty Street, Suite 510 |
| Nevada Bar No. 9086 | Reno, Nevada 89501-1961 |
| Email: dkrieger@hainesandkrieger.com | Email: kbeverly@swlaw.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |
| | *Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2019.

STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE WITH PREJUDICE - 2
4841-7009-0666